No. 74–1452. HOSPITAL BUILDING Co. *v.* TRUSTEES OF REX HOSPITAL ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 820.] Motion of Federation of American Hospitals for leave to file a brief as *amicus curiae* granted.

No. 74–1492. WASHINGTON, MAYOR OF WASHINGTON, D. C., ET AL. *v.* DAVIS ET AL. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 820.] Motion of American Society for Personnel Administration for leave to file a brief as *amicus curiae* granted.

No. 75–19. UNITED STATES *v.* SANTANA ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 890.] Motion of Americans for Effective Law Enforcement, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 74–76. SOUTH DAKOTA *v.* OPPERMAN. Sup. Ct. S. D. [Certiorari granted, *ante*, p. 923.] Motion for appointment of counsel granted, and it is ordered that Robert C. Ulrich, Esquire, of Vermillion, S. D., is appointed to serve as counsel for respondent in this case.

No. 75–246. UNITED STATES *v.* HOPKINS. Ct. Cl. [Certiorari granted, *ante*, p. 821.] Motion to substitute Alice R. Hopkins in place of Roy C. Hopkins, deceased, as party respondent granted.